# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **MARK MULLINS,** | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:19CV00017<br>) |
| v. | ) **ORDER OF DISMISSAL**<br>) |
| **TOWN OF RICHLANDS, VIRGINIA,**<br>**ET AL.,** | ) By: James P. Jones<br>) United States District Judge<br>) |
| Defendants. | ) |

For good cause shown, and in consideration of the Parties' Joint Motion to Dismiss and Retain Jurisdiction, the Court hereby GRANTS the Joint Motion and conditionally dismisses the above-titled action with prejudice under Federal Rule of Civil Procedure 41(a)(2). In accordance with the Settlement Agreement, which was filed with this Court as Exhibit A to the Parties' Joint Motion, the Court specifically retains jurisdiction for a period of three (3) years from the date of this Order for the limited purpose of interpreting and enforcing the Settlement Agreement in accordance with its terms.

The Clerk shall close the case.

It is so **ORDERED**.

ENTER: December 8, 2019

/s/ *James P. Jones*
United States District Judge